# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. FEDERICO BURGOS                                     Docket No. 3:02CR00293(PCD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of FEDERICO BURGOS who was sentenced to 70 months for a violation of Conspiracy to Distribute Heroin by the Honorable Patti B. Saris sitting in the court at District of Massachusetts on May 1, 1998 who fixed the period of supervision at Boston, Massachusetts which commenced on June 14, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall undergo random drug testing as directed by the United States Probation Office; 2) The defendant shall seek and maintain employment; 3) The defendant shall pay child support, as ordered by any court; 4) The defendant shall participate in a substance abuse treatment program, which may be inpatient, at the discretion of the United States Probation Office; 5) The defendant shall pay a $5,000 fine over the period of supervised release.

On June 14, 2002, Mr. Burgos' supervision commenced and he is expected to complete supervision on June 13, 2007. On September 30, 2002, Federico Burgos' jurisdiction was transferred from the District of Massachusetts to the District of Connecticut. The case was assigned to the Honorable Peter C. Dorsey, Senior U.S. District sitting in New Haven, Connecticut.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Standard Condition:** "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." On September 8, 2005, a home visit was conducted and considered his September report date. Mr. Burgos has not reported to the Probation Office since that date and numerous attempts to contact or locate Mr. Burgos have not been successful. It is also unknown if he is residing at the same address. His whereabouts are unknown and he is considered to be an absconder.

**Charge No. 2 - Special Condition:** "The defendant shall participate in a drug treatment program as directed by the Probation Department." Mr. Burgos was receiving treatment at the Hartford Dispensary from October 8, 2004. Mr. Burgos is not in compliance with the treatment program. He is not paying as directed. He is neither reporting regularly to receive methadone as directed nor is he participating in counseling. The program is preparing to unsatisfactorily discharge him.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 6th day of January 2006 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By
Bunita B. Keyes
United States Probation Officer

Place Hartford, Connecticut
Date 1/6/06

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 6th day of January 2006, at Hartford, Connecticut, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge