UNITED STATES DISTRICT COURT    FILED

DISTRICT OF CONNECTICUT    2006 JAN 26  P 12: 04

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:02CR293(PCD) |
| FREDERICO BURGOS | : |

### ORDER REMITTING FINE

WHEREAS the Government has petitioned the Court pursuant to 18 U.S.C. § 3573 to remit the unpaid portion of the fine of $5,000 previously imposed upon the defendant Frederico Burgos on the basis that reasonable efforts to collect said balance are not likely to be effective, and after due consideration, it is hereby

ORDERED that the unpaid portion of the fine of $5,000 previously imposed upon the defendant Frederico Burgos is hereby remitted.

IT IS SO ORDERED.

Dated at New Haven, Connecticut, this 25 day of January, 2006.

Peter C. Dorsey
Senior United States District Judge