UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :
                              :
         vs.                  :        Crim. No. 3:02CR00293(PCD)
                              :
FEDERICO BURGOS

ORDER MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

On May 5, 1998, Mr. Burgos appeared before the Honorable Pattie B. Saris sitting in the District of Massachusetts under Docket Number 97:10164-01, having pled guilty to Conspiracy to Possess with Intent to Distribute Heroin, Distribution of Heroin, Aiding & Abetting and Distribution of Heroin/Aiding & Abetting, in violation of 21 U.S.C. §§ 846 and 841. Federico Burgos was sentenced to 70 months, concurrent on all counts, and five years supervised release. In addition to the standard conditions, the special conditions are as follows: 1) The defendant shall undergo random drug testing as directed by the U.S. Probation Officer; 2) The defendant shall seek and maintain employment; 3) The defendant shall pay child support, as ordered by any court; 4) The defendant shall participate in substance abuse treatment program, which may be inpatient, at the discretion of the U.S. Probation Office; and 5) The defendant shall pay $5,000 towards his fine.

Mr. Burgos started supervision on June 14, 2002, and is scheduled to complete supervision on June 13, 2007. On August 23, 2002, jurisdiction was transferred to the District of Connecticut and the case was assigned to the Honorable Peter C. Dorsey, Senior U.S. District Judge.



-2-

On January 9, 2006, this Court issued a Warrant and Order to show cause why the term of supervised release should not be revoked based on allegations by the probation officer that the defendant has violated the terms and conditions of supervision.

On January 9, 2006, Mr. Burgos was arrested by the U.S. Marshal Service and he was presented before the Honorable Donna F. Martinez, U.S. Magistrate Judge. Mr. Burgos was order detained until he could be placed in a long-term inpatient treatment program.

On January 23, 2006, the defendant appeared with counsel before the Honorable Peter C. Dorsey, Senior U.S. District Judge. The defendant admitted to violating the conditions of not reporting as directed and failing to participate in a drug treatment program as directed by the Probation Office. The Court did not revoke supervision but continued the defendant's term of supervised release and released him from detention to facilitate admission into a long-term inpatient treatment program.

**IT IS ORDERED** that the defendant be continued on supervision with all of the special conditions and the original termination of supervision date of June 13, 2007 remain in effect. It is further ordered that the defendant's conditions of supervision be modified to include the following: 1) The defendant shall participate in a program approved by the Probation Office for mental health treatment. The defendant shall pay all, or a portion of, the costs associated with treatment, based on the defendant's ability to pay, as determined by the U.S. Probation Officer. As is indicated in the Order Remitting Fine, dated January 25, 2006, the unpaid portion of the fine of $5,000 previously imposed upon the defendant is remitted.

-3-

Dated at Hartford, Connecticut, this \_\_\_12th\_\_\_ day of April 2006.

_____
The Honorable Peter C. Dorsey
Senior United States District Judge