# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. FEDERICO BURGOS                                           Docket No. 3:02CR00293(PCD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of FEDERICO BURGOS who was sentenced to 70 months' imprisonment for a charge of Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846 by the Honorable Patti B. Saris sitting in the court in the District of Massachusetts on May 1, 1998 who fixed the period of supervised release at five years which commenced on June 14, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall undergo random drug testing as directed by the U.S. Probation Office; 2) The defendant shall seek and maintain employment; 3) The defendant shall pay child support, as ordered by any court; 4) The defendant shall participate in a substance abuse treatment program, which may be inpatient, at the discretion of the U.S. Probation Office; and, 5) The defendant shall pay $5,000 towards his fine.

On June 14, 2002, Mr. Burgos' supervision commenced and is scheduled to expire on June 13, 2007. On September 30, 2002, jurisdiction was transferred to the District of Connecticut and the case was assigned to the Honorable Peter C. Dorsey, Senior U.S. District Judge sitting in New Haven, Connecticut.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Special Condition:** "The defendant shall participate in a substance abuse treatment program, which may be inpatient, at the discretion of the United States Probation Office." On January 23, 2006, during a violation of probation hearing, the defendant admitted violating the conditions, the Court did not revoke supervision but continued the defendant's supervision and ordered that he complete inpatient treatment program at the Salvation Army. Mr. Burgos entered the program on February 6, 2006. On May 8, 2006, Mr. Burgos reported to the Probation Office and stated that he had left the inpatient treatment program after completing three months treatment; stating he missed his family. He quickly relapsed and submitted a positive urine sample for morphine and failed to re-enter treatment.

**Charge No. 2 - Standard Condition:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." On June 16, 2006, Mr. Burgos submitted a positive urine sample for morphine at the Wheeler Clinic outpatient treatment program.

**Charge No. 3 - Standard Condition:** "The defendant shall report to the probation office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month." Despite efforts to have him report, the defendant has not reported since May 8, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Mr. Burgos to appear before the Court at New Haven, Connecticut, on September 6, 2006, at 3:30 p.m. to show cause why his supervision should not be violated.

**ORDER OF COURT**                                                   Sworn to By

Considered and ordered this _19th_ day of July 2006, and
ordered filed and made a part of the records in the above
case                                                                 _____
                                                                     Bunita B. Keyes
                                                                     United States Probation Officer

_____                                      Place Hartford, Connecticut
The Honorable Christopher F. Droney
United States District Judge                                         Date __7/19/06__

Before me, the Honorable Christopher F. Droney, United States District Judge, on this _19th_ day of July 2006 at Hartford, Connecticut, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

                                                                     _____
                                                                     The Honorable Christopher F. Droney
                                                                     United States District Judge